# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 5:13-cr-00025 |
| v.  ) | |
| ) | |
| **KAREEM ALLEN SHAW,** ) | By: Michael F. Urbanski |
| Defendant. ) | Chief United States District Judge |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, Kareem Allen Shaw's motion for compassionate release, ECF No. 615, is **GRANTED**. Shaw's sentence is reduced to 194 months. The clerk is directed to provide notice of this order to all counsel of record.

It is so **ORDERED**.

Entered: July 13, 2021

*/s/ Michael F. Urbanski*
Michael F. Urbanski
Chief U.S. District Judge
2021.07.13 23:33:35
-04'00'

Michael F. Urbanski
Chief United States District Judge